ORIGINAL

RECEIVED
SEP 12 2008
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Catherine Jones, on behalf of herself and those similarly situated

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Richard B. Celler, Esq.

Firm Name: MORGAN & MORGAN, P.A.

Post Office Box: P.O. BOX 4979 08-645 C

Street Address: 20 North Orange Avenue

City-State-Zip: Orlando, FL 32802-4979

Telephone & Facsimile Numbers: (954) 318-0268/(407) 420-1414

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 3 0 4

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: H L S

See attached sheet for three-digit codes.

Amount Claimed: $ in excess of $10,000 per claimant inclusive of Attorney's fees & costs.
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ■ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ N/A
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination: ________

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ■ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.